Rebecca L. Pennell
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
ADAM TROY BAKER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE Michael W. Leavitt)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-04-2097-RHW |
| vs. | Order Granting Defendant's Motion to Modify Conditions of Release |
| ADAM TROY BAKER, | |
| Defendant. | |

Before the Court is Defendant's Motion to Modify Conditions of Release (Ct. Rec. 109). On November 8, 2005, this Court issued an order authorizing Defendant's release pending adjudication of the supervised release violation allegations in this case. One of the conditions of release (condition number 12) prohibited contact between the Defendant and his wife. The basis for this prohibition was that one of the Defendant's alleged supervised release violations was that he committed the offense of assault/domestic violence against his wife.

Defendant has asked that the court modify its release order by striking the provision prohibiting contact between the Defendant and his wife. The basis for this request is that the court with jurisdiction over the Defendant's assault/domestic violence charge recently entered an order terminating the no-contact order between the

ORDER

1

Defendant and his wife. Neither the government nor the probation office objects to Defendant's request. The court has considered the matter and agrees that, under the circumstances, it is appropriate to modify Defendant's conditions of release by striking the provision prohibiting contact between the Defendant and his wife. Accordingly,

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (Ct. Rec. 109) is **GRANTED.**

2. Condition Number 12 of the Court's November 8, 2005 release conditions is **stricken**. Defendant is no longer prohibited from having contact with his wife as a condition of his release. All other release conditions remain in effect.

**IT IS SO ORDERED.** The district court executive is directed to enter this order and provide copies to counsel and to the United States Probation Office.

DATED this 20 day of December, 2005.

MICHAEL W. LEAVITT
UNITED STATES MAGISTRATE JUDGE

ORDER